IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TERESA SKELTON                                                                           PLAINTIFF

     v.                                    CIVIL NO. 05-5113

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                        DEFENDANT

## **O R D E R**

On this 6th day of September, 2006, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on August 14, 2006, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,413.14, representing 9.33 hours of work at a rate of $148.00 per hour and $32.30 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

     IT IS SO ORDERED.

                                           /s/Jimm Larry Hendren
                                           HON. JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE